August 11, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

SANDEEP PATEL AND AMAN JAFAR, M.D., Appellants

NO. 14-15-00851-CV          V.

ZAKI MOIN, M.D., Appellee/Cross-Appellant

V.

ANIL ODHAV, M.D. AND SOHAIL NOOR, M.D., Cross-Appellees

_____

This cause, an appeal from the judgment signed September 25, 2015, in favor of appellee Zaki Moin, M.D. and cross-appellees Anil Odhav, M.D. and Sohail Noor, M.D., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Sandeep Patel and Aman Jafar, M.D. and cross-appellant Zaki Moin, M.D., jointly and severally, to pay all costs incurred in the appeal.

We further order this decision certified below for observance.